**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6906

MELVIN LEE DODSON,

Plaintiff - Appellant,

versus

C. E. DAVIS, Warden; W. KING, Correctional
Officer; OFFICER BOYD, Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (CA-05-256-2)

Submitted:  October 18, 2005          Decided:  October 21, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Lee Dodson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin L. Dodson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dodson v. Davis, No. CA-05-256-2 (E.D. Va. May 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED